585 A.2d 351

STATE OF NEW JERSEY v. CHARLES JENKINS.

July 17, 1990.

Petition for certification denied.

585 A.2d 352

STATE OF NEW JERSEY v. KENNETH
MICHAEL ZIOLKOWSKI.

July 17, 1990.

Petition for certification denied.

585 A.2d 352

STATE OF NEW JERSEY v. ROBERT E. RIVERS.

July 17, 1990.

Petition for certification denied.

585 A.2d 352

STATE OF NEW JERSEY v. ROBERT MANCINE.

July 17, 1990.

Petition for certification denied.   (See 241 *N.J.Super.* 166, 574 *A.*2d 525)